■ Thomas M. Buil, Respondent, v Jenny R. LePrell et al., Appellants. [821 NYS2d 141]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered December 14, 2005 in a personal injury action. The order denied defendants' motion for partial summary judgment on the issue of negligence.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Green, JJ.